**NOT FOR PUBLICATION**

FILED

UNITED STATES COURT OF APPEALS

AUG 21 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JOSE LEON GONZALES-LONGORIA, AKA Jose Leon Gonzalez-Longoria,

Petitioner-Appellant,

v.

DENNIS MATTHEW WONG; et al.,

Respondents-Appellees.

No. 18-15777

D.C. No. 1:17-cv-01587-LJO-MJS

MEMORANDUM[*]

Appeal from the United States District Court
for the Eastern District of California
Lawrence J. O'Neill, Chief Judge, Presiding

Submitted August 15, 2018[**]

Before: FARRIS, BYBEE, and N.R. SMITH, Circuit Judges.

Federal prisoner Jose Leon Gonzales-Longoria appeals pro se from the district court's judgment dismissing his petition for writ of mandamus. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Wilhelm v. Rotman*, 680 F.3d 1113, 1118 (9th Cir. 2012) (dismissal under 28 U.S.C. § 1915A); *Kildare v.*

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

*Saenz*, 325 F. 3d 1078, 1082 (9th Cir. 2003) (denial of mandamus); *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir. 1998) (order) (dismissal under 28 U.S.C. § 1915(e)(2)(B)(ii)).  We affirm.

The district court properly dismissed Gonzalez-Longoria's petition for writ of mandamus because Gonzalez-Longoria failed to show that there was "no other adequate remedy" available.  *Lowry v. Barhart*, 329 F.3d 1019, 1021 (9th Cir. 2003) (citation and internal quotation marks omitted) (setting forth elements for mandamus relief).

**AFFIRMED.**